NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,**
*Defendants-Appellees*

---

2023-2219

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-01979-RGA, Judge Richard G. Andrews.

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal, pursuant to Federal Rule of Appellate Procedure 42(b)(1), ECF No. 18,

IT IS ORDERED THAT:

(1) The appeal is voluntarily dismissed.

2          NOVARTIS PHARMACEUTICALS CORPORATION v. TORRENT
                                                      PHARMA INC.

(2)   Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 3, 2024
        Date

ISSUED AS A MANDATE:  September 3, 2024